IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST FROM GREECE IN THE MATTER OF CRYSTAL SHIPPING, INC. | ) ) ) ) ) Misc. No. 07- |

**GOVERNMENT'S MEMORANDUM OF LAW**
**IN SUPPORT OF APPLICATION FOR ORDER**

This memorandum of law is submitted in support of the Application for an Order pursuant to Title 28, United States Code, Section 1782, in order to execute a letter of request from Greece.

FACTUAL BACKGROUND:

This investigation is being conducted by the Greek authorities who are investigating a case of alleged transportation of illegal immigrants to Greece.

EVIDENCE SOUGHT:

The Greek authorities seek information from the Delaware Secretary of State's Office. The authority for this Court to accede to this request is contained in Title 28, United States Code, Section 1782, which states in part:

> (a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person

>appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

The proper criteria for determining whether the court should exercise its discretion in favor of executing the request are outlined in *In Re Request for Judicial Assistance from the Seoul District Criminal Court*, 555 F.2d 720, 723 (9th Cir. 1977) (citation omitted):

>Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal.... [and] that the investigation in connection with which the request is made must relate to a judicial or quasi-judicial controversy.

Moreover, "(t)he judicial proceeding for which assistance is sought ... need not be pending at the time of the request for assistance; it suffices that the proceeding in the foreign tribunal and its contours be in reasonable contemplation when the request is made." *In Re Letter of Request from the Crown Prosecution Services of the United Kingdom*, 870 F.2d 686, 687 (D.C. Cir. 1989).

The letter of request in this case shows that the

information sought is for use in such proceedings in Greece and hence the request comes well within those circumstances contemplated by Congress in expanding the Federal Courts' authority to act in such matters. *In Re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d 686, 689-91 (D.C. Cir. 1989); *In Re Letters Rogatory from the Tokyo District, Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Therefore, I ask this Court to honor the request for assistance.

The reception of letters of request and the appointment of a Commissioner to execute them are matters customarily handled *ex parte*, and persons with objections to the request raise those objections by moving to quash any subpoenas issued by the Commissioner. *Id.*

**WHEREFORE**, the United States requests that the Court issue an Order, in the form, appended hereto, appointing a Commissioner in order to execute the request for assistance.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ David L. Hall
David L. Hall
Assistant U.S. Attorney
1007 Orange Street
Wilmington, DE  19801
(302) 573-6277

Dated: 6/1/07

No.Φ092.22/6451

HELLENIC REPUBLIC
MINISTRY OF JUSTICE
GENERAL DIRECTORATE OF LEGISLATIVE COOPRDINATION
& SPECIAL INTERNATIONAL LEGAL RELATIONS
DIRECTORATE OF GRACE AWARD AND
INTERNATIONAL JUDICIAL COOPERATION
DEPT. OF SPECIAL CRIMINAL MATTERS & INTERNATIONAL JUDICIAL COOPERATION ON CRIMINAL MATTERS
Address : 96 Messoghion str.
    11527 Athens, Greece

Enq.: Ms. A. Koukoumatsa  Athens ....11/01/2007......
Tel. +30-210-7767590  Ref.No. ......3442............Φ.3302
Telefax +30-210-7767497  (Please quote in all correspondence)
Email mijust3@otenet.gr

      To the U.S. Department of Justice
      Office of International Affairs
      1301 New York Avenue, N.W.
      Washington D.C. 20005

Copy to the District Attorney's Office
of Appeal of Kalamata
Dept. of Judicial Assistance
(your doc. Ref.No. 1835/19.09.2006)

SUBJECT : Request of judicial assistance to the Authorities of the U.S.A. (case of ship "CRYSTAL")

We have the honour to hereby transfer to you, officially translated in English, the no. 561/06.09.2006 request of judicial assistance of the First Instance Court of Kalamata along with the documents attached thereto.

1

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

No.Φ092.22/6451

Please act for the transfer thereof to the competent Judicial Authorities of your country, the soonest possible, from which we kindly ask to examine the fulfilment of the request expressed, according to the provisions of the European Convention about Judicial Assistance signed in 1959 at Strasbourg (Legislative Decree 4218/1961) and to send to our Service any document and information that confirms the fulfilment thereof.

The Ministry of Justice of Hellenic Republic avails itself of this opportunity to express to you its highest esteem.

The Head of the Directorate

V. Nikolopoulou


Exact Copy.

The Head of the Department

_____

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

ΕΠΙΣΗΜΗ ΜΕΤΑΦΡΑΣΗ      TRADUCTION OFFICIELLE      OFFICIAL TRANSLATION

No.Φ092.22/6451

HELLENIC REPUBLIC

FIRST INSTANCE COURT OF KALAMATA

INTERROGATOR

24100 Kalamata                                Kalamata, 06.09.2006

Tel.-Fax.: 27210-23082                        Ref. No. 561

Brief No. 33/2006

URGENT

REQUEST OF JUDICIAL ASSISTANCE ON A CRIMINAL MATTER OF THE INTERROGATOR OF KALAMATA

To the Competent Judicial Authorities of the State of Delaware, United States of America

Upon the no. 33/2006 order of the District Attorney of First Instance of Kalamata, we carry a main interrogation according to the provisions of the articles 248-307 of the Code of Criminal Procedure, against the following persons :

1. ARUTUNYAN ARTURIK s/o AZGASIR and ARUTUNIAN, born at ▓▓▓▓, in the year ▓▓▓ resident of Poti Georgia, seaman, holder of the no. ▓▓▓ passport of the Republic of Georgia,

2. ZARANDIA ROMEO s/o BONISI and TALIKO, born at ▓▓▓▓ in the year ▓▓▓ resident of Poti Georgia, seaman, holder of the no. ▓▓▓ passport of the Republic of Georgia,

3. BORODAVKIN IGOR s/o NIKOLAI and NADEZDA, born at ▓▓▓▓ in the year ▓▓▓ resident of Poti Georgia, seaman, holder of the no. ▓▓▓ passport of the Republic of Georgia,

3

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

4. UBOGOV VOLODYMYR s/o OLEG and ELENA, born at ▓▓▓▓ in the year ▓▓▓ resident of Odessus, Ukraine, seaman, holder of the no. ▓▓▓▓ passport of the Republic of Ukraine,

5. SALAMA MOHAMED s/o ABDEL-WAHAR and FATHIA, born at ▓▓ in the year ▓▓▓ resident of Athens and for the revelation of more other unknown accessories,

for the offences of illegal transport of citizens of third countries who were not entitled to enter the Hellenic State, under conditions which could cause risk for humans and illegal entrance in the country, according to the provisions of the law 3386/2005.

## DESCRIPTION OF FACTS

In the first morning hours of 21.03.2006, the Port Authority of Pylos, Prefecture of Messinia, region of our local competence, received an extremely urgent signal from the competent Service of the Ministry of Merchant Marine, that a ship named "CRYSTAL" has been traced and is sailing supervised by ships of the Navy, in the south-west of the Island of Crete, for which, upon information, there was the opinion that it transported a great number of illegal immigrants in order to disembark them in Hellenic coasts, probably at Crete or South Peloponnese. In the night hours of the following day and while extremely bad weather was prevailing at the area, with winds of around 8 beauforts, they arrived at the sea area in the South-Southwest of Pylos, two boats of the Port Authority and around 01.00' on

4

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

23.03.06 they traced the suspect said boat which was of 25 meters in length and had the name "CRYSTAL", sailing, heading to the Northeast and the Hellenic Island Proti, approaching in this way the Hellenic coasts. By using a camera of thermal imaging, the above port authority organ realized that on the deck of this small boat, there was at such time a great number of illegal immigants. When this entered the Hellenic waters and started approaching the Hellenic coasts at small speed and heading to the island Proti at a distance around trhee shipping miles from the coasts, the prosecuting authorities had this ship immobilized and led it to the port of Pylos. Afterwards and since the boat first sailed into and was immobilized at Navarino bay, at a control made it was ascertained that on the ship and particularly on the deck, the engine room and its holds, one hundred twenty six (126) illegal immigrants of various nationalities and four (4) persons as crew. There, it was further ascertained that the shipping immigrants, who were all deprived of shipping documents and identity cards, in order, obviously, to be difficult their recognition and exportation in case of their arrest, were found, during the control and the following preliminary interrogation, to have origin, 18 of them from Kashmir, 36 from India and the rest 72 from Egypt, while the ship's crew composed of trhee (3) Georgians and one (1) Ukranian citizen, i.e. Mr. Arutunyan Arturik, as Captain of the ship, Borodavkin Igor as Second Captain and Zarantia Romeo, ship engineer, all Georgian

5

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

ΕΠΙΣΗΜΗ ΜΕΤΑΦΡΑΣΗ    TRADUCTION OFFICIELLE    OFFICIAL TRANSLATION

No.Φ092.22/6451

citizens, and Ubogov Volodymyr, Ukranian citizen as assistant engineer, who were all arrested, while after a preliminary interrogation and after they were brought before us, they were found temporarily detainable. It was also ascertained that such ship, which, according to the documents of its nationality and the relevant certificates, was owned by the foreign company named "CRYSTAL SHIPPING INC." having seat at Delaware of the United States of America, registered as a cargo boat under the flag of the Popular Republic of Korea, registered at WONSAN, with length of 25 metres and equipped with a DIESEL engine of 476 HP, year of construction 1964. This hsip had capacity of 20 persons at most while 130 persons were on board. Furthermore, from the testimonies of each of the illegal immigrants on board, it ensues that these illegal immigrants, in order to come secretly in Greece by this boat from a non guarded coast, had agreed with various mediators at areas of Egypt to pay the amount of 5.000 euro each and they had already paid a part of this money before their transport to the mediators. It has also ensued that the Egyptian citizen MOHAMED SALAMA who lives in Greece would receive them after their arrival and would keep them until the full repayment of the amount agreed for each one of them.

## REQUEST

After the above, to wit that the said ship with the name "CRYSTAL" registered as a cargo ship under the flag of the

6

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών,  ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique,  ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

Popular Republic of Korea, registered at WONSAN, with length of 25 metres and equipped with a DIESEL engine of 476 HP, year of construction 1964, according to the documents of its nationality and the relevant certificates found on board, is owned by the company "CRYSTAL SHIPPING INC." with seat at Delaware, United States of America, we kindly request from the competent Judicial Authorities of this State :

a. To send to us a copy of the current Articles of Association of the said Company.

b. To inform us about the identity details of the persons who manage that company and have from the law, the authority to bind the same,

c. To send us a list of the shareholdersof this company, while in case that changes have been made in the shareholders' composition of it, to notify us with the details of any previous shareholders,

d. To provide us with any available information regarding the time of the company's composition, the details of its founders and its activities.

For any additional information or explanation, we call the authorities of the United States of America to contact Mr. Dimitrios Foukas, Interrogator of the First Instance Court of Kalamata (tel-fax +3-27210-23082).

Thanking you in advance for your cooperation.

With honour,

The Interrogator of Kalamata

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών,   ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique,   ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

(sgd-sld)

Dimitrios Foukas

First Instance Judge

Attached :

a) Applicable provisions (articles 83 and 88 of the Law 3386/2005)

b) Copies of the no. 205110837/14.12.2005 certificate of registration and equipment, by the Directorate of Shipping of the Popular Republic of Korea and other certificates found on board.

8

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres de la Republique Hellenique, ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

Law 3386/2005

Article 83

Illegal entry to and exit from the Country

1. The citizen of a third country who exits from or attempts to enter the Hellenic Territory of attempts to enter it without the legal formalities being observed, is punished with imprisonment of at least three months and pecuniary penalty of at least one thousand five hundred euro. It is considered as an aggravating condition and it is imposed imprisonment of at least six months and pecuniary penalty of at least three thousand euro, if the person who attempts to illegally depart, is seeked by the judicial or police authorities or has tax or other kind of obligations toward the State or is a recidivist.

Article 88

Obligations of Transporters - Sanctions

1. Captains or governors of ships, boats or airplanes and drivers of every kind of transport means that carry from abroad to Greece, citizens of third countries who are not entitled to enter the Hellenic territory or to whom the entry has been prohibited for any cause, as well as they who advance them from the entry points, the external or internal borders toward the Hellenic Territory and vice versa toward the territory of a State-Member of the European Union or a third country or who facilitate their transport or their advancement or who ensure for them a shelter to be hided, are punihsed :

9

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών, ΑΘΗΝΑ.

Bureau de Traductions du Ministere des Affaires Etrangeres
de la Republique Hellenique,  ATHENES.

HELLENIC REPUBLIC - MINISTRY OF FOREIGN AFFAIRS
TRANSLATIONS OFFICE - ATHENS.

a. By imprisonment of at least one year and pecuniary penalty of five thousand to twenty thousand euro for every transported person,

b. By imprisonment of at least two years and a pecuniary penalty of fifteen thousand to fifty thousand euro for every transported person, if the transport is effected by profession or if the liable party is a public employee or a tourist or a shipping or travel agent,

c. By imprisonment and pecuniary penalty of at least one thousand euro, if from this act it might occur a danger for humans,

d. By life imprisonment and pecuniary penalty of at least five hundred thousand euro, if in the case [c], a death has occurred.

---

*Exact translation from the Greek attached document.*
*Athens 02.01.2007 The translator THEODOSSIA KAPELLONI*

10

Γραφείο Μεταφράσεων Υπουργείου Εξωτερικών,  ΑΘΗΝΑ.

**Bureau de Traductions du Ministere des Affaires Etrangeres de la Republique Hellenique,  ATHENES.**

**HELLENIC REPUBLIC – MINISTRY OF FOREIGN AFFAIRS TRANSLATIONS OFFICE – ATHENS.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST )
FROM GREECE )
IN THE MATTER OF ) Misc No. 07-
CRYSTAL SHIPPING, INC. )

ORDER

Upon application of the United States of America; and upon examination of a letter of request from Greece whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Greece and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that David L. Hall, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the Greek authorities as follows:

1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party shall be required);

      3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Greece, which procedures may be specified in the request or provided by the Greek authorities;

      4. seek such further orders of this Court as may be necessary to execute this request; and

      5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the Greek authorities.

      IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

      Dated: This _____ day of _____, 2007.

      _____
      United States District Court Judge